**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nancy Hardaway,

      Plaintiff,                                   Civil No. 09-852 (RHK/JJG)

vs.                                     **DISQUALIFICATION AND**
                                             **ORDER FOR REASSIGNMENT**

Wyeth, et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 16, 2009

                                                                  s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                   United States District Judge